Approved by: _____
KUNGA DRONGCHEWA
Special Assistant United States Attorney

Before:    THE HONORABLE KIM P. BERG
           United States Magistrate Judge
           Southern District of New York

**ORIGINAL**

- - - - - - - - - - - - - - - - - - - - -x    7:26mj181(KPB)
UNITED STATES OF AMERICA                 :
                                              COMPLAINT
                                         :
                                              Violation of
       -v-                               :

  FRANK M ELLIS                          :
                                              NYVTL 1211(a)
                                              NYVTL 600-1(a)

                                         :
                                              COUNTY OF OFFENSE:
       Defendant                         :    ORANGE
                                         :
- - - - - - - - - - - - - - - - - - - - -x

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK, ss.:

   Rachell Davis, being duly sworn, deposes and says that he is a Court Liaison, assigned to the United States Military Academy, West Point, New York, and charges as follows:

### COUNT ONE, SPECIFICATION

   On or about 22 [KPD] October 2025, at or near West Point, New York, in the Southern District of New York, FRANK M ELLIS, the Defendant, did not back his vehicle safely, to wit: He backed his vehicle into a parked bus.

          (NEW YORK VEHICAL AND TRAFFIC LAW1211(a))

## COUNT TWO, SPECIFICATION

On or about ~~22~~ 11 KPD October 2025, at or near West Point, New York, in the Southern District of New York, FRANK M ELLIS, the Defendant, knowingly left the scene of an accident without identifying himself, to wit: He backed his vehicle into a parked bus, and left the scene of the accident without identifying himself.

(NEW YORK VEHICAL AND TRAFFIC LAW 600-1(a))

The bases for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am a Court Liaison, assigned to Provost Marshal's Office, at the United States Military Academy (USMA), West Point, New York, which is located in the Southern District of New York.

2. Upon information and belief, on ~~22~~ 22 KPD October 2025, the Military Police reviewed video surveillance footage from the Shoppette that shows the vehicle in question backing out of a parking spot, hitting a parked vehicle that was located at the gas pump, and leaving the scene of the incident without reporting.

3. The Defendant was processed and issued a United States District Court Violation Notice for unsafe backing and leaving the scene of an accident.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

*[signature]*
_____
RACHELL DAVIS
Court Liaison

Sworn to before me this
23rd day of January, 2026

*[signature]*
_____
HONORABLE KIM P. BERG
United States Magistrate Judge
Southern District of New York